IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:                          CHAPTER 7 CASE NO. 09-10179

SHANE NELSON MANNING         JUDGE ARTHUR I. HARRIS
MARNI MANNING

       Debtor(s)

## TRANSMITTAL OF UNCLAIMED FUNDS

WALDEMAR J. WOJCIK, Trustee of this Estate, reports the following:

1. Ninety (90) days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known address are:

       City of Lakewood (Claim #3)

       Division of Water

       12805 Detroit Avenue

       Lakewood, OH 44107

       Replaces Ck. #1004 dated 11/5/10

       Amount: $9.25

2. Your Trustee's Check No. 1011 for $9.25 payable to the Clerk of the U.S. Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

DATE:

                                           WALDEMAR J. WOJCIK, Trustee
                                           526 Superior Avenue, Suite 1030
                                           Cleveland, OH 44114
                                           (216) 241-2628

Per 11 U.S.C. 347(a)